THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES L. WHITE, Defendant-Appellant.

(No. 55733;

First District—September 19, 1972.

Opinion by Mr. PRESIDING JUSTICE GOLDBERG.

Santo J. Volpe, Irwin G. Jann, Edward M. Genson, and Arnette R. Hubbard, all of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Robert C. Samko, Assistant State's Attorneys, of counsel,) for the People.